# MORGAN & MORGAN®

## *——— Attorneys At Law ———*

2005 MARKET STREET
SUITE 350
PHILADELPHIA, PA 19103
(445) 201-8639
FAX: (445) 201-8739

E-mail address: rmartinez@forthepeople.com

**VIA FEDEX OVERNIGHT**
**SIGNATURE REQUIRED**
**TRACKING NO.: 884867081055**

FL Moore & Sons, Inc.,
2196 Crews Shop Road
Lynchburg, VA 24504

**RE:**   **Maribel Oquendo V. Samuel C. Mills and FL Moore & Sons, Inc.**
**Dauphin County CCP No.: 2025-cv-07401**

Dear Sir/Madam:

Enclosed please find a true and correct copy of the Complaint in the above-captioned matter.

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take prompt action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing a writing with the Court of your defenses objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in this Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, telephone the office set forth below to find out where you can get legal help.

—————————————— www.forthepeople.com ——————————————

American Bar Association
Lawyer Referral and Information Service
(800) 285-2221

Very truly yours,

**MORGAN & MORGAN PHILADELPHIA, PLLC**

BY:  _____
HANNAH MOLITORIS, ESQUIRE
*Attorney for the Plaintiff*

HM/rm
Enclosure

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

DAUPHIN _____ County

**For Prothonotary Use Only:**

Docket No:

*Time Stamp*

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| MARIBEL OQUENDO | SAMUEL C. MILLS and FL MOOR & SONS, INC. |

**Are money damages requested?** ☒ Yes ☐ No

Dollar Amount Requested: (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Hannah Molitoris, Esquire

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☒ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (*does not include mass tort*)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (*do not include Judgments*)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

# NOTICE

## Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:

### Rule 205.5.   Cover Sheet

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

(i)      actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

(ii)     actions for support, Rules 1910.1 et seq.

(iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

(iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

(v)     actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

(vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)     At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)     The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)     The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)     A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)     The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

**Morgan & Morgan Philadelphia, PLLC**
2005 Market Street
Suite 350
Philadelphia, PA 19103
(267)780-2978
(267)780-2913 (FAX)
hmolitoris@forthepeople.com

**Hannah Molitoris, Esq.**
PA ID# 322436
*Attorney for Plaintiff*

---

**MARIBEL OQUENDO**
**6337 Bamboo Dr.**
**Orlando, FL 32807.**

                **Plaintiff**

        **v.**

**SAMUEL C. MILLS**
**814 Brunswick Rd**
**Blackstone, VA 23824-5241.**

**FL MOORE & SONS INC.**
**2196 Crews Shop Road**
**Lynchburg, VA 24504.**

              **Defendants.**

**IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY**

**CIVIL ACTION – LAW**
**JURY TRIAL DEMANDED**

**NO.:**

---

## NOTICE

| NOTICE TO DEFEND AND CLAIM RIGHTS | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take prompt action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing a writing with the Court of your defenses objections to the claims set forth against you.  You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in this Complaint for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you. **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.** *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | a usted se le ha demandado en la corte. Si usted quiere defenderse contra la demanda expuesta en las siguientes páginas, tiene que tomar acción en un plazo de viente (20) días después que reciba esta demanda y aviso, por presentar una notificación de comparecencia escrita personalmente o por un abogada y radicar por escrito en la Corte sus defensas u objeciones a las demandas presentadas en su contra.  Se le advierte que si falla en hacerlo, el caso podría seguir adelante sin usted y un fallo podría ser dictado en su contra por la Corte sin previo aviso por cualquier dinero reclamado en la demanda o por cualquier otro reclamo o desagravio pedido por el/la demandante.  Puede que usted perida dinero o propiedad u otros derechos importantes para usted. USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO, DIRÍJASE O LLAME, POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ABAJO.  ESTA OFICINA PUEDE PROVEERLE CON INFORMACIÓN SOBRE COMO CONTRATAR UN ABOGADO.  SI NO TIENE LOS FONDOS SUFICIENTES PARA CONTRATAR UN ABOGADO, ESTA OFICINA PODRÍA PROPORCIONARLE INFORMACIÓN ACERCA DE AGENCIAS QUE PUEDAN OFRECERLES SERVICIOS LEGALES A PERSONAS QUE REÚNAN LOS REQUQUISTITOS A UN HONORARIO REDUCIDO O GRATIS. *Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por 1sociaci a la oficina cuya 1sociació se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Dauphin County Bar Association<br>Lawyer Referral and Information Service<br>213 N. Front Street.<br>Harrisburg, PA 17101<br>(717) – 232-7536 | Asociación De Licenciados Del Condado de Dauphin<br>Servicio De Referencia E, Informacion Legal<br>213 N. Front Street.<br>Harrisburg, PA 17101<br>(717) – 232-7536 |

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

**Morgan & Morgan Philadelphia, PLLC**
2005 Market Street
Suite 350
Philadelphia, PA  19103
(267)780-2978
(267)780-2913 (FAX)
hmolitoris@forthepeople.com

**Hannah Molitoris, Esq.**
PA ID# 322436

| | |
|---|---|
| **MARIBEL OQUENDO**<br>**6337 Bamboo Dr.**<br>**Orlando, FL 32807.**<br><div align="right">**Plaintiff**</div><br><div align="center">**v.**</div><br>**SAMUEL C. MILLS**<br>**814 Brunswick Rd**<br>**Blackstone, VA 23824-5241.**<br><br>**FL MOORE & SONS INC.**<br>**2196 Crews Shop Road**<br>**Lynchburg, VA 24504.**<br><div align="center">**Defendants.**</div> | **IN THE COURT OF COMMON PLEAS OF**<br>**DAUPHIN COUNTY**<br><br>**CIVIL ACTION – LAW**<br>**JURY TRIAL DEMANDED**<br><br>**NO.:** |

## COMPLAINT

AND NOW COMES the Plaintiff Maribel Oquendo by and through her counsel, Morgan & Morgan Philadelphia, PLLC, and hereby complains against the above-named Defendants and in support thereof avers as follows:

### PARTIES

1. The Plaintiff, Maribel Oquendo (hereinafter the "Plaintiff"), is an adult individual who resides at 6337 Bamboo Dr., Orlando, Florida 32807.

2. The Defendant Samuel C. Mills (hereinafter "Defendant Samuel Mills") is an adult individual who resides at 814 Brunswick Road, Blackstone, Virginia, 23824.

3. The Defendant FL Moore & Sons, Inc., (hereinafter "Defendant FL Moore & Sons") is an organized and existing business entity having a place of business at the 2196 Crews Shop Road, Lynchburg, VA 24504.

2

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

4.  At all times relevant hereto, Defendant Samuel C. Mills was acting within the course and scope of his employment with FL Moore & Sons., in the furtherance of the business interests and objectives of Defendant FL Moore & Sons, Inc., and with the actual and/or implied authority of Defendant FL Moore & Sons, Inc., to operate its freightliner.

5.  At all times relevant hereto, the Plaintiff was the owner and operator of the 2017 silver Mitsubishi Outlander with a Florida License Plate number Z77ESH.

6.  At all times relevant hereto, Defendant Samuel C. Mills was the operator of a 2022 blue International Harvester freightliner with a Virginia License Plate number FLM70.

## VENUE AND JURISDICTION

7.  Plaintiff incorporates the previous paragraphs of her Complaint as though the same was. set forth at length herein.

8.  At all times hereto, Defendant FL Moore & Sons purposely established significant contacts in Dauphin County, Pennsylvania, has carried out, and continues to carry out, substantial, continuous, and systematic activities and business in the Commonwealth of Pennsylvania, and regularly conducts and conducts business in Dauphin County.

9.  This Honorable Court possesses jurisdiction over the parties and the claims set forth herein pursuant to 42 Pa. C.S.A 5301(a)(2)(iii).

10. Venue is appropriate before this Honorable Court pursuant to Pennsylvania Rule of Civil Procedure 2179(2)(2) and 2179(a)(3).

## FACTUAL BACKGROUND

11. Plaintiff incorporates the previous paragraphs of her Complaint as though the same was set forth at length herein.

3

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

12. On December 5, 2024, at around 2:29 p.m. the Plaintiff was lawfully operating her vehicle in the southbound right lane of Interstate 81, near mile marker 69.0, in Susquehanna Township, Dauphin County, Pennsylvania.

13. At the same time and at the same location, the Defendant Samuel C. Mills, while in the course and scope of its employment with Defendant FL Moore & Sons, Inc., was operating his freightliner and had just turned left from Plaza Boulevard heading northeast onto Harrisburg pike in the left straight lane.

14. Suddenly and without warning, the Defendant Samuel C. Mills merged from the right-most middle lane into the right straight lane, colliding with Plaintiff's vehicle.

15. Based on information and belief Defendant Samuel C. Mills entered the Plaintiff's lane of travel when it was not safe to do so.

16. Defendant Samuel C. Mills struck the driver's side of the Plaintiff's vehicle resulting in a collision.

17. Defendant Samuel C. Mills was cited at the scene by Trooper Michael Posteraro with a violation of 3334A for turning movements and required signal.

18. The force of the impact caused severe injuries to the Plaintiff's head, neck, arm, and back.

19. As a direct and proximate result of the carelessness and negligence of Defendants herein, Plaintiff was caused to sustain serious and permanent injuries including, but not limited to:

    a. Head Injury;

    b. Post-traumatic headache;

    c. Concussion;

    d. Post-concussion syndrome;

    e. Right arm injury;

    f.   Cervical injury;

    g.   Cervical radiculopathy;

    h.   Thoracic injury;

    i.   Lumbar injury;

    j.   Lumbar radiculopathy;

20. Plaintiff also makes a claim hereinafter for injuries, damages, or consequences of which she has no present knowledge.

21. As a result of the aforesaid injuries, the Plaintiff sustained physical pain and suffering, all of which have required or will require medical care and treatment.

22. The Plaintiff continues to require treatment for the aforesaid injuries.

23. All of the aforementioned treatment for the Plaintiff's injuries has been deemed reasonable and necessary.

24. As a result of the aforesaid injuries, the Plaintiff sustained a loss of the everyday pleasures and enjoyments of life and may continue to suffer the same for an indefinite period of time into the future.

25. As a result of the aforesaid injuries, the Plaintiff suffered embarrassment and humiliation and may continue to suffer the same for an indefinite period of time into the future.

26. As a further result of her injuries, Plaintiff has or may be obliged to expend various sums of money for medical treatment, surgeries, injections, medicines, osteopathic services, diagnostic testing nursing and psychological care, certain prosthesis, other medical equipment and replacement services and which are not covered by, or which are in excess of those provided for in accordance with 75 Pa. C.S. Chapter 17 Section 1711 et seq.

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

27. As further result of the accident aforementioned, Plaintiff has or may hereafter incur other financial expenses or sustain losses including but not limited to work loss and loss of earning capacity which do or may exceed amounts that Plaintiff may otherwise be entitled to recover.

28. Plaintiff's injuries and damages were caused solely by the acts of the Defendants jointly and/or severally and/or through their joint and individual agents, servants, workmen, and/or employees as hereinbefore and hereinafter set forth.

29. At all relevant times hereto, the Plaintiff acted in a safe, prudent, and reasonable manner and in no way contributed to her injuries or damages.

<div align="center">

**COUNT I**
**NEGLIGENCE**
**MARIBEL OQUENDO v. SAMUEL C. MILLS**

</div>

30. The Plaintiff herein incorporates by reference the preceding paragraphs as if same were set forth at length herein.

31. At all times relevant hereto, Defendant Samuel C. Mills was an employee, agent, ostensible agent, servant, and/or worker of Defendant FL Moore & Sons, Inc.

32. At the time of the accident, Defendant Samuel C. Mills was acting within the course and scope of his employment and/or agency with the Defendant, FL Moore & Sons, Inc.

33. The negligence and carelessness of Defendant Samuel C. Mills consisted of, but is not limited to the following:

    a. Failing to maintain proper and adequate control of the freightliner so as to avoid crashing into the Plaintiff;

    b. Failing to pay proper attention while operating the freightliner;

<div align="center">6</div>

    c.  Failing to have the freightliner under such control that it could be readily stopped, turned aside or the speed thereof slackened upon the appearance of danger;

    d.  Failing to remain alert;

    e.  Failing to make necessary and reasonable observations while operating the subject freightliner;

    f.  Failing to maintain his lane while operating a freightliner;

    g.  Failing to properly utilize a turn signal while changing lanes;

    h.  Unsafe lane change;

    i.  Failure to yield the right of way to Plaintiff;

    j.  Failing to timely and properly apply his brakes.

34. As a direct and proximate result of the negligence and carelessness of Defendant Samuel C. Mills, Plaintiff sustained severe and permanent injuries and damages, as previously described.

**WHEREFORE**, the Plaintiff, Maribel Oquendo, hereby seeks all damages allowed under the laws of the Commonwealth of Pennsylvania from the Defendant Samuel C. Mills, in an amount greater than $50,000.00, under the applicable statutes of the Commonwealth of Pennsylvania and the Local Rules of Court.

## COUNT II
## NEGLIGENCE
## MARIBEL OQUENDO v. FL MOORE & SONS, INC., as being vicariously liable for SAMUEL C. MILLS.

35. The Plaintiff herein incorporates by reference the preceding paragraphs as if same were set forth at length herein.

36. Defendant FL Moore & Sons, Inc., is vicariously liable as the employer and/or principal of Defendant Samuel C. Mills for the injuries, resulting losses and expenses of Plaintiff for

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

which claim is made, under theories of vicarious liability and agency, and/or under the doctrine of respondent superior.

37. The negligence and/or carelessness of Defendant FL Moore & Sons, Inc. as being vicariously liable for the actions and omissions of Defendant Samuel C. Mills, consisted of, but is not limited to the following:

    a. Failing to maintain proper and adequate control of the freightliner so as to avoid crashing into the Plaintiff;

    b. Failing to pay proper attention while operating the freightliner;

    c. Failing to have the freightliner under such control that it could be readily stopped, turned aside or the speed thereof slackened upon the appearance of danger;

    d. Failing to remain alert;

    e. Failing to make necessary and reasonable observations while operating the subject freightliner;

    f. Failing to maintain his lane while operating a freightliner;

    g. Failing to properly utilize a turn signal while changing lanes;

    h. Unsafe lane change;

    i. Failure to yield the right of way to Plaintiff;

    j. Failing to timely and properly apply his brakes.

38. As a result of the negligence and carelessness of the Defendants, the Plaintiff suffered the above-mentioned harm.

**WHEREFORE**, the Plaintiff, Maribel Oquendo, hereby seeks all damages allowed under the laws of the Commonwealth of Pennsylvania from Defendant FL Moore & Sons, Inc., as being

Dauphin County Prothonotary E-Filed - 29 Sep 2025 04:37:57 PM
Case Number: 2025-CV-07401

vicariously liable for Defendant Samuel C. Mills, in an amount greater than $50,000.00, under the

applicable statutes of the Commonwealth of Pennsylvania and the Local Rules of Court.

Respectfully submitted,

MORGAN & MORGAN PHILADELPHIA, PLLC

BY: _____ /s/ Hannah J. Molitoris _____

Hannah J. Molitoris, ESQUIRE
Counsel for the Plaintiff

# <u>VERIFICATION</u>

I, Maribel Oquendo, having read the attached Complaint, verify that the within pleading is true and correct to the best of my knowledge, information and belief and that this verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

By: _____  *Maribel Oquendo*

Maribel Oquendo

DATE: _____9/29/2025 | 11:44 AM EDT_____